UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| 219 Forest Street, LLC ) | Case Nos.   07- 42296-JBR |
| 201 Forest Street, LLC ) | 07- 41768-JBR |
| Debtors ) | Jointly Administered |
| ) | |
| ) | |
| 219 Forest Street LLC, et al. ) | |
| Plaintiffs ) | Adversary Proceeding No. 07-4097 |
| v. ) | |
| ) | |
| LBM Financial LLC, et al. ) | |
| Defendants ) | |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Bankr. Proc. Rule 7065 and Fed. R. Civ. P. Rule 65, the Plaintiffs/Judgment Creditors, 219 Forest Street, LLC and 201 Forest Street, LLC (collectively "Forest Street"), move that this Court enter a Preliminary Injunction in the form annexed restraining and enjoining the Defendant/Judgment Debtor LBM Financial LLC ("LBM"), its officers and members, attorneys, accountants and anyone acting in concert with them from conveying, encumbering, transferring or otherwise taking any actions which would diminish or dissipate LBM's assets and requiring that LBM deposit pay to Forest Street all payments LBM receives from any of its borrowers and any proceeds that LBM recovers from the sale or liquidation of any collateral pledged to LBM by any of its borrowers.

In support of their Motion, Forest Street states that they are a judgment creditor of LBM Financial LLC holding a Judgment in the amount of $3,079,815.17, plus interest which continues to accrue after August 21, 2009 at the rate of 12% per annum. The

injunction is reasonable and necessary in order to preserve the assets of LBM to ensure that Forest Street may recover on its Judgment.

                                201 forest Street, LLC
                                219 Forest Street, LLC
                                By their attorneys,
                                HANIFY & KING, P.C.

                                /s/ Charles R. Bennett, Jr.
                                Charles R. Bennett, Jr. (BBO# 037380)
                                HANIFY & KING, P.C.
                                One Beacon St.
                                Boston, MA 02108
                                (617) 423-0400
                                crb@hanify.com

Dated: September 10, 2009


538515