# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| 219 Forest Street, LLC | ) | Case Nos.  07- 42296-JBR |
| 201 Forest Street, LLC | ) | 07- 41768-JBR |
| Debtors | ) | Jointly Administered |
| | ) | |
| | ) | |
| 219 Forest Street LLC, et al. | ) | |
| Plaintiffs | ) | Adversary Proceeding No. 07-4097 |
| v. | ) | |
| | ) | |
| LBM Financial LLC, et al. | ) | |
| Defendants | ) | |

## MOTION FOR REAL ESTATE ATTACHMENT

The Plaintiffs/Judgment Creditors, 219 Forest Street, LLC and 201 Forest Street, LLC (collectively "Forest Street"), move that this Court approve an attachment on the property of the Defendant/Judgment Debtor Marcello Mallegni located in the Commonwealth of Massachusetts in the amount of $4,000,000. In support of their Motion, Forest Street states that they are a creditor holding a Judgment against Marcello Mallegni in the amount of $3,079,815.17, plus interest which continues to accrue after August 21, 2009 at 12% per annum. Forest Street is not aware of any insurance which would be available to satisfy the Judgment, and the attachment requested is reasonable and necessary in order to secure the Judgment that has been obtained.

WHEREFORE, Forest Street respectfully prays that their Motion be allowed and that this Court approve an attachment against the real property of Marcello Mallegni in the amount of $4,000,000.00; and for such other and further relief as the Court deems just and proper.

201 forest Street, LLC
219 Forest Street, LLC
By their attorneys,
HANIFY & KING, P.C.


/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr. (BBO# 037380)
HANIFY & KING, P.C.
One Beacon St.
Boston, MA 02108
(617) 423-0400
crb@hanify.com

Dated: September 10, 2009


538518