## UNITIED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| 201 FOREST STREET, LLC ) | Case No. 07-42296 JBR |
| 219 FOREST STREET, LLC ) | Case No. 07-41768 JBR |
| ) | |
| ) | Chapter 11 |
| Debtors ) | |
| 219 FOREST STREET, LLC, ) | |
| 219 FOREST STREET REALTY TRUST, ) | |
| 201 FOREST STREET, LLC, ) | |
| 201 FOREST STREET REALTY TRUST, ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | Adversary Proceeding No. 07-04097 |
| ) | |
| LBM FINANCIAL, LLC and ) | |
| MARCELLO MALLEGNI ) | |
| ) | |
| Defendants ) | |

### MOTION FOR EMERGENCY CONSIDERATION
### OF MOTION FOR IMPOUNDMENT

Pursuant to MBLR 9013-1(h) Marcello Mallegni and LBM Financial, LLC, defendants in the above-captioned adversary proceeding (collectively, "Defendants") hereby request that this Court grant emergency consideration of the *Defendants' Motion for Impoundment* (the "Motion"). In support of this motion, the Debtors respectfully state as follows:

1. On September 10, 2009 Defendants attempted to file a Motion for Impoundment of the Affidavit of Marcello Mallegni in this matter. The Court denied the motion because it did not comply with MLRB 9018-1.

2. The affidavit as to which impoundment is sought addresses the issue of the financial impact on the Defendants of the denial of a motion for a stay pending appeal as well as the financial impact on the Defendants of posting security in the amount of $3,000,000 or more as a condition of allowing a stay pending appeal.

3. Shortly after denying the Motion for Impoundment on September 10, 2009 the Court issued its order denying the Defendants' Motion for a Stay Pending Appeal and to Waive or Reduce the Bond Requirement.

4. On Monday morning, September 14, 2009 Defendants shall file, in addition to the present *Motion for Emergency Consideration of Motion for Impoundment* an *Emergency Motion for Impoundment* redrafted to comply with MLRB 9018-1, both of which motions were served on Plaintiffs on September 11, 2009, by facsimile and regular mail,

WHEREFORE, the Defendants respectfully request that the Court enter an order (i) granting emergency consideration of the Motion, and (ii) granting such other and further relief as is just and proper.

Respectfully submitted,

**MARCELLO MALLEGNI and LBM FINANCIAL, LLC**

By their Attorney,

Floyd H. Anderson, BBO # 018240
Brecher, Weiner, Simons, Fox & Bolan, LLP
100 Wells Avenue
Newton, MA 02459
(617) 614-1500

Dated: September 11, 2009
Newton, Massachusetts

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| 201 FOREST STREET, LLC ) | Case No. 07-42296 JBR |
| 219 FOREST STREET, LLC ) | Case No. 07-41768 JBR |
| ) | |
| ) | Chapter 11 |
| Debtors ) | |
| 219 FOREST STREET, LLC, ) | |
| 219 FOREST STREET REALTY TRUST, ) | |
| 201 FOREST STREET, LLC, ) | |
| 201 FOREST STREET REALTY TRUST, ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | Adversary Proceeding No. 07-04097 |
| ) | |
| LBM FINANCIAL, LLC and ) | |
| MARCELLO MALLEGNI ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I, Floyd H. Anderson, hereby certify that on September 11, 2009 I served the Motion for Emergency Consideration of Emergency Motion for Impoundment by facsimile and first class mail upon the Plaintiffs' counsel:

Charles R. Bennett, Jr., Esq.
Hanify & King
One Beacon Street
Boston, MA 02108-3107
Fax: (617) 423-0498

/s/ Floyd H. Anderson
Floyd H. Anderson, BBO # 018240
Brecher, Weiner, Simons, Fox & Bolan, LLP
100 Wells Avenue
Newton, MA 02459
(617) 614-1500

Dated: September 11, 2009