# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** 219 Forest Street LLC et al v. LBM Financial, LLC et al

**Case Number** 07-04097    (JBR)
**Chapter**

In re 201 FOREST STREET, LLC, 07-42296
#278    Defendants' Emergency Motion For Impoundment

**COURT ACTION:**

**Show Cause Order**            _____ Released            _____ Enforced
_____ Granted            _____ Approved            _____ Moot
__✓___ Denied            _____ Denied Without Prejudice
_____ Withdrawn in Open Court
_____ Sustained            _____ Overruled
_____ Continued to _____
_____ Proposed Order to be Submitted by _____
_____ Stipulation to be Submitted by _____
_____ Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

#278 DENIED.
SEALED ENVELOPE RETURNED IN OPEN COURT TO MR. ANDERSON.

**SO ORDERED:**

_/s/ Joel B. Rosenthal_ Dated 09/17/2009
**Joel B. Rosenthal**
**United States Bankruptcy Judge**