UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>201 FOREST STREET, LLC and<br>219 FOREST STREET, LLC,<br><br>Debtors. | Chapter 11<br>Case Nos.    07-42296-JBR<br>                       07-41768-JBR<br>Jointly Administered |
| 201 FOREST STREET, LLC,<br>201 FOREST STREET REALTY TRUST,<br>219 FOREST STREET, LLC and<br>219 FOREST STREET REALTY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LBM FINANCIAL LLC and<br>MARCELLO MALLEGNI,<br><br>Defendants. | Adversary Proceeding<br>No. 07-4097 |

## ORDER ON ~~PLAINTIFFS'~~ PLAINTIFFS' MOTION
## FOR PRELIMINARY INJUNCTION

This matter having come before the Court upon the Motion of the Plaintiffs/Judgment Creditors, 219 Forest Street, LLC and 201 Forest Street, LLC (collectively, "Forest Street"), for a Preliminary Injunction, and after notice and hearing, it is hereby ORDERED, ADJUDGED and DECREED:

The Defendant Marcello Mallegni, his attorneys, accountants and anyone acting in concert with them are hereby preliminarily restrained and enjoined from conveying, encumbering, transferring or otherwise taking any actions which would diminish or dissipate

~~otherwise taking any actions which would diminish or dissipate~~ Marcello Mallegni's assets. Marcello Mallegni, his attorneys, accountants and any [entity] acting in concert with them are hereby further restrained and enjoined from failing to pay over to Forest Street [is attorneys]* all payments received by Marcello Mallegni from any sources on account of his beneficial, membership or equity interest in any limited partnership, limited liability company, corporation or unincorporated entity. This Order shall remain in full force and effect until further order of the Court.

Dated at Worcester this 17th day of September, 2009.

2:00 P.M.

Joel B. Rosenthal
Bankruptcy Judge

539298

* to be held in an interest bearing escrow account as security for Plaintiff's judgments pending further order of this court.