# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

In re 201 FOREST STREET, LLC, 07-42296

**In Re:** 219 Forest Street LLC et al v. LBM Financial, LLC et al

**Case Number:** 07-04097 ( JBR )

**Matter:** **Chapter:**

#259 Plaintiffs' Motion For Real Estate Attachment (LBM Financial LLC)

**MOVANT/APPLICANT/PARTIES**

**COURT ACTION:**

~~Show Cause Order~~ _____ Released _____ Enforced
#259 Granted _____ Approved _____ Moot
~~Denied~~ _____ Denied without Prejudice
_____ Withdrawn in Open Court
_____ Sustained _____ Overruled
_____ Continued to: _____
_____ Proposed Order to be Submitted by: _____
_____ Stipulation to be Submitted by: _____
_____ Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

Plaintiffs to submit attachment order.

**SO ORDERED:**

_/s/ Joel B. Rosenthal_ Dated: 9/17/09
Joel B. Rosenthal