UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>201 FOREST STREET, LLC and<br>219 FOREST STREET, LLC,<br><br>                Debtors. | Chapter 11<br>Case Nos.   07-42296-JBR<br>                      07-41768-JBR<br>Jointly Administered |
| 201 FOREST STREET, LLC,<br>201 FOREST STREET REALTY TRUST,<br>219 FOREST STREET, LLC and<br>219 FOREST STREET REALTY TRUST,<br><br>                Plaintiffs,<br><br>v.<br><br>LBM FINANCIAL LLC and<br>MARCELLO MALLEGNI,<br><br>                Defendants. | Adversary Proceeding<br>No. 07-4097 |

**ORDER ON PLAINTIFFS' MOTION**
**FOR REAL ESTATE ATTACHMENT**

This matter having come before the Court upon the Motion by the Plaintiffs/Judgment Creditors, 219 Forest Street, LLC and 201 Forest Street, LLC (collectively, "Forest Street"), seeking the approval of an attachment on the real property of the Defendant/Judgment Debtor Marcello Mallegni located within the Commonwealth of Massachusetts, after notice and hearing, the Court does hereby approve the attachment of the real property of Marcello Mallegni located

within the Commonwealth of Massachusetts in the amount of four million dollars ($4,000,000.00).

Dated at Worcester within said District this 22nd day of September, 2009.

_____
Joel B. Rosenthal
Bankruptcy Judge

539301