UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>201 FOREST STREET, LLC and<br>219 FOREST STREET, LLC,<br><br>Debtors. | Chapter 11<br>Case Nos.   07-42296-JBR<br>            07-41768-JBR<br>Jointly Administered |
| 201 FOREST STREET, LLC,<br>201 FOREST STREET REALTY TRUST,<br>219 FOREST STREET, LLC and<br>219 FOREST STREET REALTY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LBM FINANCIAL LLC and<br>MARCELLO MALLEGNI,<br><br>Defendants. | Adversary Proceeding<br>No. 07-4097 |

## AMENDED PRELIMINARY INJUNCTION

This matter having come before the Court upon the Motion by the Defendant LBM Financial LLC ("LBM") to modify a certain Preliminary Injunction entered by this Court on September 17, 2009, and with the assent of 219 Forest Street, LLC and 201 Forest Street, LLC (collectively, "Forest Street"), it is hereby ORDERED, ADJUDGED and DECREED that the Preliminary Injunction is modified as follows:

1. Except for the payment of attorney fees and costs incurred in actual pending cases that relate to or deal with LBM's loan business, LBM, its attorneys, accountants, and anyone acting in concert with them are hereby preliminarily restrained and enjoined from conveying, encumbering, transferring, or otherwise taking any action which would diminish or dissipate LBM's assets, including, but not limited to, any payments or distributions to any person who is a Participant or Investor in any loan by LBM. Nothing stated herein shall stop LBM from entering into so-called "work-out" agreements with existing borrowers for less than the full value or principal balance of the promissory notes.

2. Notwithstanding the foregoing, LBM may settle and compromise ("Settlement") any claims it has against any of its borrowers so long as (a) the Net Proceeds (as the term is defined below) is paid to Hanify & King, P.c. as attorney for Forest Street to be held in an interest bearing account as security for Forest Street's judgment and (b) prior to executing any such Settlement, LBM provides to Hanify & King, P.C. as counsel to Forest Street a notice of the proposed Settlement, which notice shall provide sufficient information so as to advise Hanify & King, P.C. as to the terms of the Settlement and the reason(s) therefor. Hanify & King, P.C. on behalf of Forest Street shall have ten (10) days after receipt of the notice to advise LBM as to any objection Forest Street may have to the proposed Settlement. If Forest Street has no objection, LBM may consummate the Settlement without any further order of this Court. If Forest Street objects to the Settlement, then LBM shall not consummate the Settlement until Forest Street's objection has been resolved by this Court.

3. LBM, its attorneys, accountants, and any entity acting in concert with them are hereby ordered to pay over to Hanify & King, P.C. as attorney for Forest Street to be held in an interest bearing escrow account as security for Forest Street's Judgments, any net proceeds (as

defined below) received by LBM from any source, including, but not limited to, a loan, foreclosure sale, sale of assets, or on account of LBM's beneficial, membership, or equity interest in any limited partnership, limited liability company, corporation, or unincorporated entity. The term "net proceeds" as used herein shall mean gross proceeds received by LBM before any deductions or credits of any kind, less costs of collections, including attorney fees or auctioneer fees, or customary expenses of sale. LBM shall provide an accounting to Hanify & King on behalf of Forest Street for each transaction, and Forest Street shall have ten (10) days after receipt of the accounting to object to same. If Forest Street objects to the accounting, then the gross proceeds shall be paid to Hanify & King as attorney for Forest Street to be held in an interest bearing account as security for Forest Street; judgment, pending an order of this Court.

This Order shall remain in full force and effect until further order of the Court.

Dated at Worcester within said District this _____ day of November, 2009.

*Joel B. Rosenthal* (signature)

11/17/2009
_____
Joel B. Rosenthal
Bankruptcy Judge

Assented to by:

LBM Financial, LLC
By its Attorneys
Evans J. Carter P.C.

/s/ Evans J. Carter
Evans J Carter, Esquire
860 Worcester Road
Framingham, Massachusetts 01701
(508) 875- 1669

546452

201 Forest Street LLC
219 Forest Street LLC
By their Attorneys
Hanify & King, Professional Corporation

/s/ Charles R. Bennett, Jr.
Charles R. Bennett, Jr.
Hanify & King Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
(617) 423 0400